# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TELLEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; CESAR A. ATIENZA, M.D.,<br><br>          Defendants. | 1:10-cv-01785 AWI GSA<br><br>**ORDER TO SHOW CAUSE WHY SUMMONS AND COMPLAINT HAVE NOT BEEN SERVED IN COMPLIANCE WITH RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**ORDER VACATING INITIAL SCHEDULING CONFERENCE AND SETTING A STATUS CONFERENCE** |

On September 27, 2010, Plaintiff David Tellez filed a complaint with this Court. (Doc. 1.) On September 28, 2010, the Court issued a summons to Defendants Cesar A. Atienza and United States Department of Veterans Affairs. (Doc. 6.)

To date, Plaintiff has filed no documents to show proof of service of the summons and complaint on any of the named Defendants to establish he has complied with Rule 4(*l*) and (m) of the Federal Rules of Civil Procedure, nor have any of the aforementioned Defendants appeared in this action.

//

//

1

**DISCUSSION**

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

More than 120 days have elapsed since Plaintiff filed the summons and complaint in this action. In fact, as of this date, 161 days have elapsed. **Thus, this Court ORDERS Plaintiff, no later than March 15, 2011, to show cause in writing** why Plaintiff has failed to: (1) file documents to show proof of service of the summons and complaint on the aforementioned Defendants to comply with Rule 4(*l*) of the Federal Rules of Civil Procedure; and (2) accomplish service of the summons and complaint on the aforementioned Defendants within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiff is admonished that this Court will recommend dismissal of this action if he fails to comply with this Order and to show good cause for his failure to accomplish service of the summons and complaint.**

Finally, this matter is presently scheduled for an Initial Scheduling Conference to be held March 14, 2011, at 9:30 a.m. In light of the fact the docket does not reflect that Defendants have been served with the summons and complaint and/or that the Defendants have otherwise appeared in this action, this Court VACATES the aforementioned Initial Scheduling Conference and SETS a Status Conference for **March 23, 2011, at 9:00 a.m. in Courtroom 10.**

IT IS SO ORDERED.

Dated:   **March 8, 2011**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE