# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TELLEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; CESAR A. ATIENZA, M.D.,<br><br>    Defendants. | 1:10-cv-01785 AWI GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT, SPECIFICALLY ADDRESSING THE EFFORTS UNDERTAKEN TO EFFECT SERVICE OF PROCESS ON DEFENDANT ATIENZA, NO LATER THAN MAY 19, 2011, AT 4:00 P.M.** |

**RELEVANT PROCEDURAL BACKGROUND**

On September 27, 2011, Plaintiff filed a complaint with this Court, naming the United States of America, Department of Veterans Affairs - Veterans Administration ("USVA"), and Cesar A. Atienza, M.D., as Defendants. (Doc. 1.) Summonses were issued the following day. (Doc. 6.)

On March 8, 2011, this Court issued an Order to Show Cause why the summons and complaint had not been served on either defendant, as required by Rule 4 of the Federal Rules of Civil Procedure. (Doc. 9.)

//

1

1   That same date, Plaintiff filed a Proof of Service indicating that Defendant USVA had
2   been personally served through its agent on March 3, 3011. (Doc. 10.)
3   On March 15, 2011, Plaintiff's counsel filed a declaration indicating, among other things,
4   that service had been attempted upon Defendant Atienza, but had thus far been unsuccessful.
5   (Doc. 12.)
6   On March 16, 2011, this Court discharged the order to show cause and set the matter for a
7   continued status conference, and directed Plaintiff to file a status report no later than April 15,
8   2011. (Doc. 13.) Plaintiff failed to file a status report.
9   On April 21, 2011, this Court held a status conference regarding service of the summons
10  and complaint upon Defendant Atienza. (Doc. 14.) At the hearing, Plaintiff's counsel advised
11  the Court that counsel was "going to turn [service of process] over to law enforcement" because
12  efforts to serve Defendant Atienza had proven unsuccessful. Additionally, counsel advised the
13  Court that he had obtained a secondary address for Atienza, and thus efforts would be made to
14  effect service in San Francisco, California, rather than Santa Clara, California. The Court set the
15  matter over for thirty days and directed Plaintiff to file a status report one week prior to the May
16  24, 2011, conference.
17  On May 17, 2011, Plaintiff's counsel filed a Declaration vaguely indicating service
18  attempts had again proven unsuccessful. Plaintiff's counsel also indicated he had re-served
19  Defendant United States via certified mail. (Doc. 16.)

## ORDER

21  The Court's finds the information provided May 17, 2011, to be insufficient. Thus, IT IS
22  HEREBY ORDERED that **Plaintiff SHALL file a STATUS REPORT no later than 4:00 p.m.**
23  **on Thursday, May 19, 2011**, specifically outlining his efforts to effect service of process upon
24  Defendant Atienza. More particularly, counsel shall advise the Court regarding all attempts at
25  service, providing the relevant dates and times, and whether an effort has in fact been made to
26  serve Defendant Atienza at a secondary address in San Francisco. Finally, counsel shall also
27
28                                                  2

1 advise the Court whether or not he has enlisted the aid of law enforcement to effect service of
2 process, as previously indicated.
3     This Court notes that more than 230 days have passed since the Complaint was filed in
4 this matter.  This Court will consider a recommendation that Defendant Atienza be dismissed
5 from this action for Plaintiff's failure to prosecute in the event the Court finds this significant
6 delay is not warranted.

8     IT IS SO ORDERED.
9     **Dated:**   **May 18, 2011**          /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE