**LAW OFFICES OF
EDWARD B. CHATOIAN**
2607 Fresno Street
Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7843

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff, DAVID TELLEZ

FILED
MAY 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| DAVID TELLEZ, | Case No. 1:10-CV-01785-AWI-GSA |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CESAR A. ATIENZA, M.D., WITHOUT PREJUDICE |
| vs. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, CESAR A. ATIENZA, M.D. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses defendant CESAR A. ATIENZA, M.D., only, without prejudice, from the above-entitled action.

Dated: May 25, 2011.

LAW OFFICES OF EDWARD B. CHATOIAN

It is so Ordered. Dated: 5-26-11

By /s/Edward B. Chatoian
EDWARD B. CHATOIAN
Attorneys for Plaintiff

United States District Judge