1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Defendant United States of America

8

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

| DAVID TELLEZ, | ) | 1:10-cv-01785 AWI/GSA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
| v. | ) | **PROPOSED ORDER** |
| UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS - VETERANS ADMINISTRATION; CESAR A. ATIENZA, M.D., | ) ) ) ) ) ) | |
| Defendants. | ) | |

19  Pursuant to the agreement of the parties as well as the provisions of Federal Rules of

20  Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice

21  and each party shall bear their own fees and costs.

22  IT IS SO STIPULATED.

23  Respectfully submitted,

24  LAW OFFICES OF EDWARD B. CHATOIAN        BENJAMIN B. WAGNER
                                              United States Attorney
25

26  /s/Edward B. Chatoian                     By:  /s/Jeffrey J. Lodge
    Edward B. Chatoian                        Jeffrey J. Lodge
27  Attorney for Plaintiff                    Attorney for Defendant

28  Dated: May 14, 2012                       Dated: May 14, 2012

STIPULATION FOR DISMISSAL; PROPOSED ORDER       1

**ORDER OF DISMISSAL**

Pursuant to the above stipulation, this action is hereby DISMISSED WITH PREJUDICE under Rule 41(a)(1)(A)(ii), each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE