1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7  Attorneys for Defendant United States of America

8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| DAVID TELLEZ, | 1:10-cv-01785 AWI/GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL;** |
| v. | **PROPOSED ORDER** |
| UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS - VETERANS ADMINISTRATION; CESAR A. ATIENZA, M.D., | |
| Defendants. | |

    Pursuant to the agreement of the parties as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice and each party shall bear their own fees and costs.

    IT IS SO STIPULATED.

                                    Respectfully submitted,

LAW OFFICES OF EDWARD B. CHATOIAN        BENJAMIN B. WAGNER
                                         United States Attorney


 /s/Edward B. Chatoian                   By:  /s/Jeffrey J. Lodge
Edward B. Chatoian                       Jeffrey J. Lodge
Attorney for Plaintiff                   Attorney for Defendant

Dated: May 14, 2012                      Dated: May 14, 2012

STIPULATION FOR DISMISSAL; PROPOSED ORDER        1

**ORDER OF DISMISSAL**

Pursuant to the above stipulation, this action is hereby DISMISSED WITH PREJUDICE under Rule 41(a)(1)(A)(ii), each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE